**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

STEVEN MILLER                                                                                        PLAINTIFF
ADC #088605

V.                                            NO: 4:15CV00311 BRW/JWC

AUSTIN CALLAHAN, *et al*                                                                    DEFENDANTS

**ORDER**

On July 23, 2015, the summons was returned unexecuted as to Defendants Larry Barbee and Austin Callahan (docket entries #14 & #15). Service was attempted at the Pulaski County Detention Center. Although the summons was returned, the Court has learned that Barbee and Callahan may still be employed there. Accordingly, service will again be attempted. The Clerk of the Court shall prepare a summons for Barbee and Callahan, and the United States Marshal is directed to serve a copy of the complaint (docket entry #1), this order, and summons, upon them, without prepayment of fees and costs or security therefor. Service should be attempted at the Pulaski County Detention Facility Administrative Office, 3201 West Roosevelt Road, Little Rock, AR 72204, attention Lesa Warner.

IT IS SO ORDERED this 27th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE