**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

STEVEN MILLER                                                                    PLAINTIFF
ADC #088605

V.                                            NO: 4:15CV00311 BRW/JWC

AUSTIN CALLAHAN, *et al*                                              DEFENDANTS


**<u>ORDER</u>**

    The Clerk is directed to change the style of the case to reflect the correct name of Defendant

Charles "Doc" Holladay, as set forth in his answer (docket entry #23).

    IT IS SO ORDERED this 4th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE