IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN MILLER                                                                                       PLAINTIFF

VS.                                            4:15-CV-00311-BRW

AUSTIN CALLAHAN, *et al.*                                                                     DEFENDANTS

## ORDER

I have received the Findings and Recommendation from Magistrate Judge Patricia S. Harris, and the Objection filed by Plaintiff Steven Miller.[1] I have carefully reviewed the Recommendation,[2] Mr. Miller's Objection,[3] and, as Mr. Miller requested,[4] Plaintiff's Reply to Defendants' Motion for Summary Judgment.[5]

Having conducted a *de novo* review of the record, I adopt as my findings in all respects Judge Harris's Findings and Recommendation[6] in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 56) is GRANTED. Mr. Miller's claims set out in his Complaint and Amended Complaint are DISMISSED with prejudice. Judgment for Defendants against Plaintiff will be entered shortly.

IT IS SO ORDERED this 1st day of November, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 67, 68.

[2] Doc. No. 67.

[3] Doc. No. 68.

[4] *See* Doc. No. 68.

[5] Doc. No. 66.

[6] Doc. No. 67.