IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STEVEN MILLER**                                                                                          **PLAINTIFF**

**VS.**                                              **4:15-CV-00311-BRW**

**AUSTIN CALLAHAN,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered earlier today, JUDGMENT for Defendants Austin Callahan, Larry Barbee, Charles "Doc" Holladay, and Randy Morgan against Plaintiff Steven Miller is hereby entered. This case is CLOSED.

IT IS SO ORDERED this 1st day of November, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE